K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE MENDOZA, et al.,<br><br>　　　　Defendants. | No. 1:10-CV-02198-SKO<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

**IT IS FURTHER STIPULATED** that Defendants shall have fourteen (14) days after the date the Court electronically serves its Order permitting the filing of the First Amended Complaint within which to file a responsive pleading.

Dated: August 5, 2011                MOORE LAW FIRM, PC

                                     By: /s/ Tanya E. Moore
                                          Tanya E. Moore
                                          Attorneys for Plaintiff Ronald Moore

///

*Moore v. Mendoza, et al.*
Stipulation and Order to File First Amended Complaint

MICHAEL WELCH + ASSOCIATES

By: /s/ Michael D. Welch
    Michael D. Welch, Attorney for Defendants Jose Mendoza, dba La Estrella Market #2; Henry Gee and Daisy Gee

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file his First Amended Complaint within five (5) days of the date of this order;

2. Defendants shall file their responsive pleading within fourteen (14) days of the electronic service of this Order upon the parties; and

3. This Order does not affect or alter any other date set by the Court's Scheduling Order filed May 6, 2011.

IT IS SO ORDERED.

Dated: **August 5, 2011**          /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE