1  Tanya E. Moore, SBN 206683
   K. Randoloph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE MENDOZA; MARTHA MENDOZA dba LA ESTRELLA MARKET #2; HENRY GEE and DAISY GEE,<br><br>　　　　　Defendants. | No.  1:10-CV-2198-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Jose Mendoza, Martha Mendoza dba La Estrella Market #2, Henry Gee and Daisy Gee, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: September 30, 2011　　　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Ronald Moore

*Moore v. Mendoza, et al.*
Stipulation for Dismissal; Order

Page 1

1  Date: September 30, 2011                                    MICHAEL WELCH + ASSOCIATES

                                                               /s/ Michael D. Welch
                                                               Michael D. Welch, Attorney for
                                                               Defendants Jose Mendoza, Martha
                                                               Mendoza dba La Estrella Market #2;
                                                               Henry Gee and Daisy Gee

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **September 30, 2011**                    **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

*Moore v. Mendoza, et al.*
Stipulation for Dismissal; Order
                                      Page 2